

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2022

No. 04-21-00295-CR

Brian Dale **NIXON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 16-04-11937-CR
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellee's brief was originally due to be filed on March 7, 2022. On March 1, 2022, appellee filed a motion for extension of time to file the brief until April 18, 2022—an extension of forty-two days. Appellee's motion is GRANTED.

Appellee is ORDERED to file its brief **no later than April 18, 2022**. **Appellee is advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court